UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/11

-------------------------------------------------------------X
ESTER KELEN, individually and on behalf of all
others similarly situated,

                Plaintiff,

-against-

WORLD FINANCIAL NETWORK NATIONAL
BANK,
                Defendant.
-------------------------------------------------------------X

10 CIVIL 0048 (AKH)

**JUDGMENT**

      World Financial having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on January 11, 2011, having rendered its Order granting World Financial's motion to dismiss in full and directing the Clerk to enter judgment dismissing the complaint with prejudice and with costs in favor of defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2011, World Financial's motion to dismiss is granted in full and the complaint is dismissed with prejudice and with costs in favor of defendant; accordingly, the case is closed.

**Dated:** New York, New York
         January 11, 2011

                                                        **RUBY J. KRAJICK**
                                                             Clerk of Court
                            BY:
                                                             **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____